IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

MAR 2 7 2014

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| LAVERN BERRYHILL, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-14-175-W |
| SCOTT PRUITT et al., | ) |
| Defendants. | ) |

## ORDER

On February 28, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter and recommended that this action be transferred to the United States District Court for the Eastern District of Oklahoma. Plaintiff Lavern Berryhill was advised of his right to object to the Report and Recommendation, see Doc. 6 at 6, but he has informed the Court that he does not oppose the proposed transfer.

Upon de novo review of the record and after consideration of the convenience of the parties and the witnesses and the interests of justice, the Court concurs with Magistrate Judge Mitchell's suggested disposition of this matter and finds that a change of venue is warranted under title 28, section 1404(a) of the United States Code.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] filed on February 28, 2014;

(2) DIRECTS the Clerk of the Court to TRANSFER this matter to the United States District Court for the Eastern District of Oklahoma, and to include in such transmittal Berryhill's Motion for Leave to Proceed in Forma Pauperis [Doc. 2] so that the assigned district judge or magistrate judge in that district may take whatever action, if any, is

appropriate; and

(3) because this matter is hereby TRANSFERRED, ADVISES Berryhill that all future pleadings and papers filed in this matter should be filed in the Eastern District of Oklahoma and should reflect the case number to be assigned by the Clerk of the Court in that district.

ENTERED this 27th day of March, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE